# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
   Clerk of the Court                                                                                            (415) 522-2000

July 18, 2007

TO:   Mr. Daniel Rodriguez
        34 Turk Street, # 343
        San Francisco, CA 94102

        Re:   **DANIEL RODRIGUEZ v. OFFICE OF THE CHIEF COUNSEL**
                  C-07-03519 (JCS)

Dear Counsel:

      This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

      A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case.  All parties are requested to complete **one** of the enclosed forms documenting either consent or declination and to return it to the Court by **August 1, 2007.**

                                                Sincerely,

                                                Richard W. Wieking, Clerk
                                                United States District Court

                                        By: _/s/ Karen L. Hom_____
                                                Karen L. Hom
                                                Courtroom Deputy

Enclosure: Forms