**United States District Court**
For the Northern District of California

1
2
3
4
5
6                     UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8
9  DANIEL RODRIGUEZ,                         No. C 07-03519 JCS
10         Plaintiff(s),                     **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
11     v.
12 OFFICE OF THE CHIEF COUNSEL,
13         Defendant(s).
                                        /
14
15         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17 hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in
18 the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken
19 directly to the United States Court of Appeals for the Ninth Circuit.
20
21 Dated: _____          _____
                                            Signature
22
                                            Counsel for _____
23                                          (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODRIGUEZ, | No. C 07-03519 JCS |
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| OFFICE OF THE CHIEF COUNSEL, | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendant(s). | |
| _____/ | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")