UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ,

        Plaintiff,

v.

OFFICE OF THE CHIEF COUNSEL et al,

        Defendant.

Case Number: CV07-03519 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Rodriguez
34 Turk Street, #343
San Francisco, CA 94102

Dated: August 7, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk